UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ERICKA MAYS,

    Plaintiff,

v.                                         Case No. 6:23-cv-1524-RBD-RMN

DOWNTOWN HOSPITALITY
GROUP OF FLORIDA, LLC,

    Defendant.
_____

## ORDER

After the Clerk entered default in this Fair Labor Standards Act case, Plaintiff has moved for a default judgment against Defendant. (Doc. 20 ("Motion").) On referral, U.S. Magistrate Judge Robert M. Norway entered a Report and Recommendation stating that the Court should grant the Motion in large part, tweaking only the amount of attorney's fees awarded. (Doc. 21 ("R&R").) The parties did not object, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 21) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2. The Motion (Doc. 20) is **GRANTED IN PART AND DENIED IN PART** in that the Clerk is **DIRECTED** to enter a default judgment in favor of Plaintiff and against Defendant in the amount of $3,060.54, comprising $708.54 in damages and $2,352.00 in fees and costs, plus post-judgment interest.

3. The Clerk is further **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 25, 2024.



ROY B. DALTON, JR.
United States District Judge